# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>DEMORIS SINCLAIR THOMPSON | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **AMENDED JUDGMENT**<br><br>Case No: 5:11-CR-350-2F<br>USM No: 55899-056<br><br>Suzanne Little<br>*Defendant's Attorney* |
| Date of Original Judgment: 08/07/2012<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __4__ months **is reduced to** 3 months in Count 1.
The sentence in Count 3 remains 64 months, consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated 08/07/2012 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/1/14

/s/ James C. Fox
*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC 7/26/2012