UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Demoris Sinclair Thompson**　　　　　　　　　　　　**Docket No. 5:11-CR-350-2F**

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Demoris Sinclair Thompson, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute a Quantity of Marijuana, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on August 7, 2012, to the custody of the Bureau of Prisons for a term of 68 months. On November 1, 2015, pursuant to a 3582 motion, Count 1 was reduced to 3 months, resulting in a total term of 67 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Demoris Sinclair Thompson was released from custody on March 21, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 27, 2016, the defendant tested positive for the use of cocaine. He admitted to using this substance. On May 11, 2016, he was charged in Wayne County, North Carolina, with Driving While License Revoked and Speeding. Additionally, on May 20, 2016, he was charged again in Wayne County with Driving While License Revoked. Thompson failed to report either charge to the probation officer within 72 hours. He has been reprimanded for his actions and further agreed to serve a 2-day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Demoris Sinclair Thompson
Docket No. 5:11-CR-350-2F
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: May 27, 2016 |

### ORDER OF THE COURT

Considered and ordered this _31st_ day of _May_, 2016 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge