UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:11-CR-350-2BO

| | |
|---|---|
| **United States Of America** | **JUDGMENT** |
| vs. | |
| **Demoris Sinclair Thompson** | |

On August 7, 2012, Demoris Sinclair Thompson appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribute a Quantity of Marijuana, in violation of 21 U.S.C. § 846, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c) and (2), was sentenced to the custody of the Bureau of Prisons for a term of 68 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. Demoris Sinclair Thompson was released from custody and the term of supervised release commenced on March 21, 2016. On June 21, 2017, the defendant's term of supervised release was revoked and he was committed to serve 9 months imprisonment, followed by 24 months of supervised release. On June 30, 2017, the defendant filed a notice of appeal of his sentence. On January 11, 2018, a Judgment was entered by the United States Court of Appeals for the Fourth Circuit ordering Thompson's sentence to be vacated and remanded. Thompson was released from custody and the term of supervised release commenced on January 23, 2018.

From evidence presented at the resentencing revocation hearing on April 19, 2018, the court finds as a fact that Demoris Sinclair Thompson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Using a controlled substance.
3. Using a controlled substance.
4. Criminal conduct.
5. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served. It is further ordered that the defendant not be placed on a term of supervised release upon release from imprisonment.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 19th day of April, 2018.

Terrence W. Boyle
U.S. District Judge